SCOTT N. SCHOOLS, Bar No. SC 9990
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JOHN C. CUSKER, SBN 148227
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

*E-FILED 7/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIAN P. VICK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. C-03-5707 RS<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND COSTS (28 U.S.C. § 1920) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of ELEVEN THOUSAND DOLLARS AND NO CENTS  (**$11,000.00**), and costs under 28 U.S.C. § 1920 in the amount of EIGHT HUNDRED SIXTY-TWO DOLLARS AND SIX CENTS (**$862.06**).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

---

    [1]    On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: July 12, 2007

/s/ *Harvey P. Sackett*
*(As authorized by fax)*
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: July 12, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *John C. Cusker*
Special Assistant United States Attorney

IT IS SO ORDERED:

Dated: July 13, 2007

THE HONORABLE RICHARD SEEBORG
United States Magistrate Judge